UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :
                                          **INDICTMENT**
      - v. -                    :
                                    08 Cr.
CHRISTIAN PENA,                 :
MIGUEL PERDOMO,                     **08 CRIM 559**
RONDRE KELLY,                   :
    a/k/a "Dre," and
ROBERT MENDOZA,                 :

                Defendant.      :

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 8 2008

**COUNT ONE**

The Grand Jury charges:

1.  From at least in or about February 2008, up to and including at least in or about April 2008, in the Southern District of New York and elsewhere, CHRISTIAN PENA, MIGUEL PERDOMO, RONDRE KELLY, a/k/a "Dre," and ROBERT MENDOZA, the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that CHRISTIAN PENA, MIGUEL PERDOMO, RONDRE KELLY, a/k/a "Dre," and ROBERT MENDOZA, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812,

841(a)(1), and 841(b)(1)(A).

OVERT ACTS

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York, and elsewhere:

a.   On or about April 21, 2008, RONDRE KELLY, a/k/a "Dre," the defendant, negotiated the delivery of approximately 1,500 bricks of heroin from a co-conspirator not named as a defendant herein, located in Bronx, New York, to KELLY, located in Newark, New Jersey.

b.   On or about April 23, 2008, in Bronx, New York, CHRISTIAN PENA and ROBERT MENDOZA, the defendants, delivered approximately 1,500 bricks of heroin, concealed inside an audio speaker, to a co-conspirator not named as a defendant herein.

c.   On or about April 23, 2008, in Bronx, New York, MIGUEL PERDOMO, the defendant, prepared approximately 1,500 bricks of heroin for delivery to a co-conspirator not named as a defendant herein.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION AS TO COUNT ONE**

4.   As a result of committing the controlled substance offense alleged in Count One of this Indictment, CHRISTIAN PENA,

MIGUEL PERDOMO, RONDRE KELLY, a/k/a "Dre," and ROBERT MENDOZA, the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

     5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

     a.   cannot be located upon the exercise of due diligence;

     b.   has been transferred or sold to, or deposited with, a third person;

     c.   has been placed beyond the jurisdiction of the Court;

     d.   has been substantially diminished in value; or

     e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____     _____
FOREPERSON                                 MICHAEL J. GARCIA
                                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CHRISTIAN PENA,
MIGUEL PERDOMO,
RONDRE KELLY,
a/k/a "Dre," and
ROBERT MENDOZA,

Defendants.

---

### INDICTMENT

08 Cr. \_\_\_\_\_

(Title 21, United States Code, Section 846.)


MICHAEL J. GARCIA
United States Attorney.


**A TRUE BILL**

_____
Foreperson.

---