


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED** p. 2

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 11, 2008

*Via Facsimile*

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

    Re:    <u>United States v. Christian Pena et al</u>,
            08 Cr. 559 (NRB)

Dear Judge Buchwald:

       The Government respectfully requests that Your Honor schedule the next conference in the above-referenced matter for September 10, 2008, at 4:30 p.m.

       The Government also requests that the Court exclude time in the above-referenced matter until September 10, 2008, the date of the rescheduled conference. Such an exclusion is warranted because, among other reasons, it will allow the Government to produce discovery and the parties to discuss a possible dispositions in this matter. The attorneys for all defendants have consented to this exclusion.

                                           Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney

                               By: _____
                                           Kenneth Allen Polite, Jr.
                                           Assistant United States Attorney
                                           (212) 637-2412

cc:    Defense Counsel (via facsimile)

MICROFILMED AUG 1 3 2008 -12:00 PM

*Stamps:* RECEIVED IN CHAMBERS OF NAOMI REICE BUCHWALD AUG 11 2008 UNITED STATES DISTRICT JU[DGE]; USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/12/08

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the Government to produce discovery and the parties to discuss a possible dispositions in this matter. Accordingly, it is ORDERED that the time between the date of this Order and September 10, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:   New York, New York
         August _11_, 2008

                                   _____
                                   JUDGE NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE